# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA A. TORRE, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> NORTHROP GRUMMAN SYSTEMS CORP., a Delaware Corporation; <br><br> Defendant. | 8:13CV319 <br><br> **ORDER** |

IT IS ORDERED that Defendant's motion to extend the discovery deadlines, (Filing No. 46), is granted as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is extended to March 11, 2016. Motions to compel Rule 33 through 36 discovery must be filed by March 18, 2016. **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deposition deadline is extended to April 25, 2016.

January 21, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge