IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA A. TORRE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>NORTHROP GRUMMAN SYSTEMS CORP., a Delaware Corporation;<br><br>Defendant. | 8:13CV319<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The trial and pretrial conference are continued pending further order of the court.

2) The status conference scheduled for June 28, 2016 is cancelled.

3) As to all witnesses, including expert witnesses, the deposition deadline is extended to June 8, 2016.

4) The deadline for filing motions to dismiss or for summary judgment is extended to June 27, 2016.

May 11, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge