IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA A. TORRE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>NORTHROP GRUMMAN SYSTEMS CORP., a Delaware Corporation;<br><br>Defendant. | 8:13CV319<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Plaintiff's motion, (Filing No. 67), is granted.

2) The deposition deadline is extended to June 30, 2016.

3) The summary judgment deadline is extended to July 25, 2016.

4) If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to schedule the pretrial conference and trial.

June 14, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge