IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA A. TORRE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NORTHROP GRUMMAN SYSTEMS CORP., a Delaware Corporation,<br><br>　　　　　Defendant. | 8:13-CV-319<br><br>ORDER |

　　　It has recently come to my attention that my personal financial portfolio now includes a BlackRock investment, and BlackRock, Inc. owns 10 percent or more of the defendant's outstanding common stock. *See* filing 17. Accordingly, I have a financial interest in a party to the proceeding and, pursuant to 28 U.S.C. § 455(b)(4) and (d)(4), must respectfully recuse myself as the presiding judge in the present case.

　　　IT IS ORDERED:

　　　1.　　I recuse myself from this case.

　　　2.　　The Clerk shall refer this matter to the Chief Judge for reassignment.

Dated this 13th day of July, 2016.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　United States District Judge